

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Kasey Ann Chi Kay NG,<br><br>　　　　　Defendant. | Case No.:  25mj4219-SBC<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21 U.S.C. §§ 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about August 3, 2025, within the Southern District of California, Kasey Ann Chi Kay NG did knowingly and intentionally import 40 grams and more, to wit: approximately 124.00 grams (.273 pounds) of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl), a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Special Agent Eric Velazquez
　　　　　　　　　　　　　　　　　Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 4th day of August 2025.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Hon. Steve B. Chu
　　　　　　　　　　　　　　　　　United States Magistrate Judge

## STATEMENT OF FACTS

On August 3, 2025, at approximately 3:45 PM, Kasey Ann Chi Kay NG, ("NG"), a United States citizen, applied for entry into the United States from Mexico through the Otay Mesa Port of Entry Pedestrian Facility.

A Customs and Border Protection Officer (CBPO) asked NG if she had anything to declare and NG stated she had food and a pack of cigarettes. The CBPO asked if NG had anything else to declare and NG stated she did not. NG stated she was in Mexico for one day and was going to Oceanside, California. After processing NG's passport, the CBPO received a computer-generated alert and referred NG to secondary for further inspection.

During an inspection of NG's belongings, the same CBPO asked NG about the contents inside her aluminum water bottle. NG told the CBPO it was Gatorade. The CBPO opened the water bottle and observed blue liquid in addition to a false compartment. The CBPO asked NG a second time about the contents of the water bottle and NG again said it was blue Gatorade. NG said there was nothing else in the water bottle. The CBPO placed the water bottle into the x-ray machine and noticed the image of the container appeared to have two different compartments. The CBPO opened the bottom of the bottle and observed a small bag with grey powdery substance and small pellets wrapped in condoms.

1

A Canine Enforcement Team was conducting secondary inspection operations when they responded to a call from pedestrian secondary. A Human and Narcotic Detection Dog (HNDD) conducted a K-9 sniff on NG. The HNDD alerted and indicated to the waist area of NG. The canine handler was advised that there was an anomaly inside NG's insulated water bottle. The Canine Enforcement Team screened the water bottle and the HNDD alerted to it.

Further inspection of the water bottle resulted in the discovery of 3 packages concealed in the bottom compartment of the water bottle, with a total approximate weight of 124.00 grams (.273 lbs). A sample of the substance contained within the packages field tested positive for the characteristics of fentanyl.

NG was placed under arrest at approximately 5:20 PM.

NG was charged with a violation of Title 21, United States Code, Sections 952 and 960, importation of a controlled substance.