```
 1  ADAM GORDON
    United States Attorney
 2  STEPHEN D. SIMPSON
    Assistant U.S. Attorney
 3  Washington Bar No. 59726
    United States Attorney's Office
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  Telephone: (619) 546-7621
    Email: stephen.simpson@usdoj.gov
 6
    Attorneys for Plaintiff
 7  UNITED STATES OF AMERICA
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 25-mj-04219-SBC |
|---|---|
| Plaintiff, | NOTICE OF APPEARANCE |
| v. | |
| KASEY ANN CHI KAY NG, | |
| Defendant. | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD

I, the undersigned attorney, enter my appearance as lead counsel for the United States in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

Name

None.

//

SDSI:sd:8/5/2025

Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

<u>Name</u>

U.S. Attorney CR.

Please feel free to call me if you have any questions about this notice.

DATED: August 5, 2025.

                                        Respectfully submitted,

                                        ADAM GORDON
                                        United States Attorney

                                        *s/ Stephen D. Simpson*
                                        STEPHEN D. SIMPSON
                                        Assistant U.S. Attorney
                                        Attorneys for Plaintiff
                                        UNITED STATES OF AMERICA