

U.S. Department of Justice

**ADAM GORDON**
United States Attorney
Southern District of California

| | |
|---|---|
| JENNIFER MCCOLLOUGH | (619) 546-8773 |
| Assistant U.S. Attorney | Fax (619) 546-0510 |
| Email: | Jennifer.McCollough@usdoj.gov |

San Diego County Office
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893

Imperial County Office
516 Industry Way
Suite C
Imperial County, California 92251-5782

## NOTICE TO APPEAR

RE:  UNITED STATES OF AMERICA
             v.
       KASEY NG

Magistrate Case No.: 3:25-MJ-04219-SBC
For Violation of 21 U.S.C. §§ 952 and 960

You are hereby notified that your case will be called for first appearance on **August 21, 2025**, at the hour of **2:00 p.m.**, in the United States Magistrate Court, United States Courthouse, **221 West Broadway, San Diego, California, 92101**. You should report to the courtroom of the Duty Magistrate for that day. You are to be present in court at the time and date set forth above. If you are not present, a warrant may be issued for your arrest.

You may be charged with a criminal offense. The Court will appoint counsel to represent you and that counsel will provide you legal representation and consult with you to determine if you qualify for continued appointment of counsel. You have the right to hire an attorney, regardless of whether or not you qualify for appointed counsel. If you have any questions about attorney representation, you may contact Federal Defenders of San Diego, Inc. at (619) 234-8467.

Within 24 hours of receipt of this notice, please contact the U.S. Pretrial Services Office by calling (619) 557-5738. The U.S. Pretrial Services Office is located on the 6th floor of the James M. Carter and Judith N. Keep United States Courthouse, 333 West Broadway, San Diego, California 92101.

ADAM GORDON
United States Attorney
s/ *Jennifer McCollough*
JENNIFER MCCOLLOUGH
Assistant United States Attorney

---

I hereby acknowledge the fact that I must appear on the date above, and by affixing my signature, do promise to appear as ordered.

Signed: _____

Dated: 8/14/25

Presented by: _____ (Agent's Signature)

SA Dillon Whigham, (HSI)   (Agent's Name/Agency)