## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: _____ |
|---|---|
| Plaintiff, | 25-mj-4219 |
| v. | **I N F O R M A T I O N** |
| KASEY ANN CHI KAY NG, | Title 21, U.S.C., Secs. 952 and 960 – Importation of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (Fentanyl) (Felony) |
| Defendant. | |

The United States Attorney charges:

On or about August 3, 2025, within the Southern District of California, Defendant, KASEY ANN CHI KAY NG, did knowingly and intentionally import 40 grams and more, to wit: approximately 124.00 grams (0.273 pounds), of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (Fentanyl), a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED:  __8/19/2025__ .

ADAM GORDON
United States Attorney

*Stephen D. Simpson*
STEPHEN D. SIMPSON
Assistant U.S. Attorney

SDSI:sd:8/12/2025